IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. BOWLEN, PERSONAL ) <br> REPRESENTATIVE OF THE ESTATE OF ) <br> WILLIAM EDWARD BOWLEN, ) <br>        Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> CARE ONE, LLC, HEALTHBRIDGE ) <br> MANAGEMENT, LLC, D/B/A ) <br> WEYMOUTH HEALTH CARE CENTER, ) <br> JANE ROE NURSES AND JOHN DOE ) <br> PHYSICIANS, ) <br>        Defendants. ) | Civil Action No.:  15-CV-11191 |

## NOTICE OF REMOVAL

To:    Judges of the United States District Court
        for the District of Massachusetts

Defendant Healthbridge Management, LLC ("Healthbridge")[1] hereby gives notice of its removal of this action, pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, to the United States District Court for the District of Massachusetts.  As grounds for removal, Healthbridge states as follows:

1.      On or about January 29, 2015, the plaintiff John F. Bowlen ("Bowlen") filed a civil action cover sheet and complaint against Healthbridge in the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts in and for the County of Norfolk, captioned John F. Bowlen, Personal Representative of The Estate of William Edward Bowlen v. Care One LLC, Healthbridge Management, LLC, d/b/a Weymouth Health Care Center, Jane Roe Nurses and John Doe Physicians, Civil Action No. 15-00145.

---

[1] Healthbridge Management, LLC is improperly named as Healthbridge Management, LLC d/b/a Weymouth Health Care Center.  Healthbridge Management, LLC does not do business as Weymouth Health Care Center.

2.     On or about March 6, 2015, Bowlen served a summons, a scheduling order, and a copy of his complaint upon Healthbridge Management, LLC pursuant to the Massachusetts Long Arm Statute, G.L. c. 223A, § 6.

3.     The aforesaid summons, scheduling order, and complaint, true and accurate copies of which are attached hereto as Exhibits 1 through 3, respectively, constitute all process, pleadings, and orders served upon Healthbridge in the aforesaid state court action.

4.     This Notice of Removal is timely filed, as Healthbridge files same within thirty (30) days after formal service of the initial pleading setting forth the claims for relief upon which such action or proceeding is based as required by the provisions of 28 U.S.C. § 1446(b).  See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347-48, 119 S. Ct. 1322, 1325 (1999).

5.     Jurisdiction exists over this removed action, pursuant to 28 U.S.C. § 1441, because this action could originally have been filed in the United States District Court, pursuant to 28 U.S.C. § 1332(a)(1), on the basis that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000:

a.     Healthbridge is a limited liability company organized under the laws of the State of New Jersey with a principal place of business in the State of New Jersey.

b.     Care One, LLC is a limited liability company organized under the laws of the State of Delaware with a principal place of business in the State of New Jersey.

b.     Based on the Complaint, Bowlen is an individual residing in Quincy, Middlesex County, in the Commonwealth of Massachusetts.  See Exhibit 3.

c.     Bowlen has not yet submitted a demand for settlement, but has alleged that, as a result of Healthbridge's acts or omissions, he suffered serious injuries, and

conscious pain which culminated in his premature death.   See Exhibit 3, Complaint.

d.      Bowlen's civil action cover sheet, which was filed with his complaint in the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts in and for the County of Norfolk, states the total damages to be $495,000.00.  See Exhibit 4, Civil Action Cover Sheet.

6.      Because complete diversity of citizenship exists between the plaintiff and the defendant, and as the amount in controversy exceeds the sum of $75,000.00, removal is proper pursuant to 28 U.S.C. § 1446.

7.      The Eastern Division of the United States District Court for the District of Massachusetts is the proper forum for removal pursuant to 28 U.S.C. §§ 101 and 1441(a), as the civil action is pending in Norfolk County, Massachusetts.

8.      Healthbridge will promptly provide written notice of the removal of this action pursuant to 28 U.S.C. § 1446(d) to Bowlen and to the Clerk of the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts in and for the County of Norfolk.

9.      Pursuant to Local Rule 81.1(a), Healthbridge shall request of the Clerk of the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts in and for the County of Norfolk certified or attested copies of all docket entries therein and shall file same with this Court within thirty (30) days after filing this Notice of Removal.

**WHEREFORE**, Healthbridge requests that the action pending in the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts in and for the County of Norfolk be removed therefrom to the United States District Court for the District of Massachusetts and proceed as an action properly so removed.

1406051v1

Respectfully submitted,
The Defendant, HEALTHBRIDGE
MANAGEMENT, LLC,
By its attorneys,

**MORRISON MAHONEY LLP**

*/s/ Joseph M. Desmond*
Joseph M. Desmond, BBO # 634883
Hilary K. Detmold, BBO # 688880
250 Summer Street
Boston, MA  02210
(617) 439-7500
jdesmond@morrisonmahoney.com
hdetmold@morrisonmahoney.com

Dated:  March 25, 2015

1406051v1

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record is not yet registered on the Court's CM/ECF database in connection with this matter.  As a result, this individual (1) will not receive from the court electronic notification of the filing of the foregoing <u>Notice of Removal</u>, filed via ECF on March 25, 2015; (2) will not have immediate access to this document through the court's website; and (3) will receive a paper copy of the foregoing from the undersigned upon filing.

Daniel C. Federico, Esq.
Shaines & McEachern, PA
282 Corporate Drive, Unit 2
Portsmouth, N.H. 03802
(603) 436-3110
dfederico@shaines.com
***Attorney for the Plaintiff***

Dated:  March 25, 2015                    */s/ Joseph M. Desmond*
                                         Joseph M. Desmond

5