UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. BOWLEN, PERSONAL REPRESENTATIVE OF TH ESTATE OF WILLIAN EDWARD BOWLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>64 PERFORMANCE DRIVE OPERATING COMPANY, LLC d/b/a WEYMOUTH HEALTH CARE CENTER, HEALTHBRIDGE MANAGEMENT, LLC,<br><br>    Defendants. | C.A. NO. 15-CV-11191-MMB |

## JOINT REQUEST FOR NISI DISMISSAL

NOW COME the parties and hereby notify this Honorable Court that the above captioned matter has resolved. The parties move this Honorable Court enter a <u>60-day order for a nisi dismissal</u>, including all claims, cross claims, third-party claims, and counter claims, with prejudice and without interest or costs, and waiving all rights to appeal. The parties state that they will file a Joint Stipulation of Dismissal within those 60 days.

Respectfully Submitted,

| The Plaintiff, | The Defendants, |
|---|---|
| JOHN F. BOWLEN, PERSONAL REPRESENTATIVE OF TH ESTATE OF WILLIAN EDWARD BOWLEN | 64 PERFORMANCE DRIVE OPERATING COMPANY, LLC d/b/a WEYMOUTH HEALTH CARE CENTER., and HEALTHBRIDGE MANAGEMENT, LLC |
| By his attorney, | By their attorneys, |
| */s/ Daniel Federico* | */s/ Justin L. Amos* |
| _____ | _____ |
| Daniel Federico, BBO # 645717<br>dfederico@shaines.com<br>SHAINES & MCEACHERN, P.A.<br>283 Corporate Drive, Unit 2<br>Portsmouth, NH 03801<br>(603) 436-3110 | Joseph M. Desmond, BBO #634883<br>jdesmond@morrisonmahoney.com<br>Justin L. Amos, BBO #697232<br>jamos@morrisonmahoney.com<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |
| Date: April 30, 2018 | Date: April 30, 2018 |

**CERTIFICATE OF SERVICE**

I, Justin L. Amos, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 30, 2018.

　/s/ Justin L. Amos
_____