```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

JOHN F. BOWLEN,
    Plaintiff,

    V.                                          CIVIL ACTION NO.
                                                1:15-cv-11191-MBB

CARE ONE, LLC, ET AL,
    Defendants

## SETLEMENT ORDER OF DISMISSAL

**BOWLER, U.S.M.J.**

The Court having been formally advised that the above-titled action has been resolved with respect to all parties and claims (docket entry #87);

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

                                                        BY THE COURT,

                                                        /S/ Harold Putnam, Esq.
                                                        Deputy Clerk

Dated: 5/2/2018